**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominick Caniglia, et al., ) | No. 05-297-PHX-EHC |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Colorado Casualty Insurance Company, et ) al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of the parties and good cause appearing,

**IT IS ORDERED** allowing the parties until October 31, 2005 to complete depositions.

DATED this 23rd day of September, 2005.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge