**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominick Caniglia, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>Colorado Casualty Insurance Company, et al.,<br><br>          Defendants. | No. 05-297-PHX-EHC<br><br>**ORDER** |

Pursuant to the stipulation of the parties and good cause appearing,

**IT IS ORDERED** directing Colorado Casualty Insurance Company to release to Plaintiffs' counsel the last known address(es), phone number(s), and social security numbers for Jan Lipe and Tony Kounalis, former Colorado Casualty employees.

DATED this 23rd day of September, 2005.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge